AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION



00 FEB 24  AM 9: 06

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                         CASE NUMBER:   8:97-cv-2580-T-24E

ANY AND ALL RADIO STATION
TRANSMISSION EQUIPMENT, RADIO
FREQUENCY POWER AMPLIFIERS, et al.,

    Defendants.


☐ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** judgment is entered in favor of the plaintiff, United States of America.


**February 23, 2000**

SHERYL L. LOESCH, CLERK

BY _____
    Deputy Clerk

