IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 00-11569-II

8:97-cv-2580-T-24E

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

versus

LESLIE D. BREWER,

        Defendant-Claimant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

**ENTRY OF DISMISSAL**

Pursuant to appellant's motion for voluntary dismissal and Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above-referenced appeal was duly entered dismissed this 19th day of May, 2000.

        THOMAS K. KAHN
        Clerk of the United States Court
        of Appeals for the Eleventh Circuit

By: /s/ Andrea Ware
    Andrea Ware
    Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit
By: Andrea Ware
Deputy Clerk Atlanta, Ga

ORD-50
5/91

55

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
00 MAY 22 PM 4:18
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

In Replying Give Number
Of Case And Names of Parties

May 19, 2000

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa FL 33602

RE: 00-11569-II    USA v. Radio Station Transmission
DC DKT NO.: 97-02580 CV-T-24E

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Andrea Ware (404) 335-6218

Encl.

DIS-3 (1-1999)